UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ANGELINA GURZENDA, | |
|---|---|
| Plaintiff, | Case No. 18-cv-00488-JCS |
| v. | |
| NANCY A. BERRYHILL, | **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |
| Defendant. | |

The parties have twice stipulated to extend time for Plaintiff Angelina Gurzeda to file her motion for summary judgment, resulting in a total extension of seventy days and a deadline of December 3, 2018. That deadline has passed and no motion has been filed. Gurzenda is therefore ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute, by filing a response no later than December 13, 2018. Gurzenda's response should be accompanied either by her motion for summary judgment or by a stipulation further extending time.

**IT IS SO ORDERED.**

Dated: December 6, 2018

JOSEPH C. SPERO
Chief Magistrate Judge