1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANGELINA GURZENDA,

Plaintiff,

v.

NANCY A. BERRYHILL,

Defendant.

Case No. 18-cv-00488-JCS

**ORDER TO SHOW CAUSE WHY REPLY BRIEF SHOULD NOT BE STRICKEN**

Re: Dkt. No. 30

This is the second order to show cause addressing Plaintiff Angelina Gurzenda's failure to meet deadlines.

The Court previously ordered Gurzenda to show cause why the case should not be dismissed for failure to prosecute when Gurzenda had not filed her motion for summary judgment by the deadline to do so, even after receiving an extension of seventy days pursuant to stipulation. Gurzenda's counsel Josephine Gerrard attributed that delay to a calendaring error, and the Court allowed Gurzenda to file her motion after the deadline.

Defendant Nancy Berryhill (the "Commissioner") filed her cross-motion for summary judgment on February 27, 2019. Pursuant to Civil Local Rule 16-5, Gurzenda's reply brief was due fourteen days later, on March 13, 2019. Gurzenda filed her reply brief on April 10, 2019, without acknowledging or explaining its filing nearly a month after the deadline. Gurzenda is therefore ORDERED TO SHOW CAUSE why the reply brief should not be stricken and disregarded, by filing a response to this order no later than April 15, 2019. The Commissioner may file a response by the same deadline, but is not required to do so.

**IT IS SO ORDERED.**

Dated: April 11, 2019

_____
JOSEPH C. SPERO
Chief Magistrate Judge