UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELINA GURZENDA,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br><br>    Defendant. | Case No. 18-cv-00488-JCS<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND ALLOWING LATE-FILED REPLY**<br><br>Re: Dkt. No. 31 |

The Court ordered Plaintiff Angelina Gurzenda to show cause why her reply brief should not be stricken for failure to comply with the filing deadline set by Civil Local Rule 16-5. Gurzenda has filed a response indicating that she relied on the docket entry for Defendant Nancy Berryhill's cross-motion for summary judgment, which included the following text: "Responses due by 3/27/2019. Replies due by 4/10/2019." The order to show cause is hereby discharged, and the Court will consider Gurzenda's reply brief.

The parties are advised going forward in this and other cases that text within a docket entry for a party's filing may be automatically generated and does not control over applicable rules or orders. Any order of the Court will appear as a separate docket entry.

**IT IS SO ORDERED.**

Dated: April 11, 2019

JOSEPH C. SPERO
Chief Magistrate Judge